AO 91 (Rev. 02/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED
OCT 07 2019
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Juan Antonio REYES-Hernandez | ) Case No. M-19-2394-M |
| COB: Mexico | ) |
| YOB: 1980 | ) |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  10/05/2019  in the county of  Hidalgo  in the  Southern  District of  Texas  , the defendant violated  21  U. S. C. §  841 and 952  , an offense described as follows:

Knowingly and Intentionally Posses with the Intent to Distribute approximtely 22.68 kilograms of methanmphetamine and knowingly and intentionally iillegally import into the United States approximately 22.68 kilograms of methanmphetamine a Schedule II Controlled Substance.

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

Tanner D. Fullmer, HSI Special Agent
*Printed name and title*

Approved by Amy L. Greenbaum 10/7/19

Sworn to before me and signed in my presence.

Date:  10/05/2019  -8:37 a.m.

*Judge's signature*

City and state:  McAllen, Texas   Juan F. Alanis — U.S. Magistrate Judge
*Printed name and title*

Attachment A

On or about October 5, 2019, Juan Antonio REYES-Hernandez attempted to enter the United States via the vehicle lane at the Hidalgo, Texas port of entry.

At primary inspection, the Customs and Border Protection Officer (CBPO) received a negative declaration for narcotics, weapons, and other items. The CBPO asked about REYES-Hernandez's travel plans and where he was going. REYES-Hernandez stated he was planning on shopping in McAllen, Texas. REYES-Hernandez also stated that he occasionally goes to San Antonio, Texas and showed that he possessed an I-94. REYES-Hernandez stated that he did not turn in his I-94 because it had not yet expired. The CBPO at primary discovered that REYES-Hernandez had made several crossings past the Falfurrias Border Patrol Checkpoint. REYES-Hernandez was then referred to secondary inspection.

At secondary inspection, the CBPO received a negative declaration for narcotics, weapons, and other items. A narcotic detection K-9 inspected the vehicle and alerted to the floor of the vehicle. CBPOs discovered several packages concealed under the carpet of the driver's side of the vehicle. While in secondary, REYES-Hernandez stated that he was going to San Antonio, Texas to drop off the vehicle. REYES-Hernandez was then detained. CBPOs conducted a Z-Portal scan of the vehicle and discovered several anomalies on the floor of the vehicle. A total of 13 bags were removed from compartments hidden on the floor of the vehicle. The bags contained a crystalized substance which field tested positive for the properties of methamphetamine and weighed a total of 22.68 kilograms.

Homeland Security Investigations (HSI) Special Agents (SA) Tanner D. Fullmer, Laron Smith, and HSI Task Force Officer (TFO) Jesus Cuellar interviewed REYES-Hernandez. REYES-Hernandez was provided with his Miranda Rights in writing and agreed to answer questions without the presence of an attorney. REYES-Hernandez stated the following in summary:

REYES-Hernandez admitted that he was going to be paid $5,000 to transport crystal methamphetamine (meth) to San Antonio, Texas. REYES-Hernandez picked up the meth in Monterrey, Mexico where it was hidden in compartments on the floor of his vehicle. REYES-Hernandez stated he crossed meth on two prior occasions and transported the meth once to Dallas, Texas and once to San Antonio, Texas. REYES-Hernandez stated he knew he was importing crystal meth into the United States and knew that it was hidden in the floor of his vehicle.